4

We also wish to thank John Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.
DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. MARTIN DOUGLAS MENDENHALL, Defendant.

## DECISION

No. 6603

The application of the above-named defendant for a review of the sentence of 20 years for Sexual Intercourse without Consent; 10 years for a Persistent Felony Offender; the sentences shall be served consecutive without the benefit of parole or work furlough imposed on June 18, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

HONORABLE DOUGLAS HARKIN DISSENTS: He believes that the sentence should be increased by designating him as a DANGEROUS OFFENDER and would also increase the Persistent Felony Offender sentence by 10 years which should be a total of 40 years to serve as a Dangerous Offender. The Petitioner has demonstrated that he cannot be rehabilitated and he should be kept in prison for as long as possible.

We wish to thank Ed McLean, Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We also wish to thank John Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.
DATED this 2nd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. JOHN ROBERT THORNTON, Defendant.

## DECISION

No. 7296

The application of the above-named defendant for a review of the sentence of 40 years for Deliberate Homicide; plus 10 years for the use of a Weapon; to be served consecutively; plus credit for 153 days served imposed on May 30, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Missoula, STATE OF MONTANA, Plaintiff vs. MICHAEL PAMBRUN, Defendant.

DECISION

No. 6564

The application of the above-named defendant for a review of the sentence of 40 years for Robbery + credit for 167 days served imposed on April 30, 1984, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Ed McLean, Deputy County Attorney from Missoula for appearing before the Sentence Review Board.

We wish to thank Margaret Borg, Attorney at Law from Missoula for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. EUGENE ANDREW AUSTAD, Defendant.

DECISION

No. ADC-78-074

The application of the above-named defendant for a review of the sentence for Counts I & II, Deliberate Homicide, Confinement for Life; Count III, Robbery, 40 years; Count IV, Sexual Intercourse without Consent, 40 years; Count V, Aggravated Burglary, 40 years; all to run consecutively; and designated as a DANGEROUS OF-